MILES H. McCORMICK, Appellant, *v.* STATE OF NEW YORK, Respondent.   (Claim No. 25,565.)

Argued June 2, 1942; decided July 29, 1942.

*James McCall* and *Lyman C. Shults* for appellant.

*John J. Bennett, Jr., Attorney-General* (*John A. Lynch* and *James H. Glavin, Jr.*, of counsel), for respondent.

Judgment of Appellate Division reversed and that of Court of Claims affirmed, with costs in this court and in the Appellate Division on the ground that the weight of evidence and the findings of the Court of Claims require the conclusion that the State is liable. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.